IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARELLE TOBERT MCGHEE, | |
| Plaintiff, | 2:23-CV-00430-CCW-PLD |
| v. | |
| SCI GREENE, | |
| Defendant. | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 4, 2023, the Magistrate Judge issued a Report, ECF No. 9, recommending that Plaintiff Darelle Tobert McGhee's Complaint, ECF No. 7, be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e).  Service of the Report and Recommendation ("R&R") was made on Mr. McGhee, and Mr. McGhee has filed Objections.  *See* ECF No. 10.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

IT IS HEREBY ORDERED THAT the Complaint, ECF No. 7, is DISMISSED without prejudice; and the R&R, ECF No. 9, is adopted as the Opinion of the District Court.


IT IS SO ORDERED.

DATED this 22nd day of May, 2023.


BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc (via United States mail):

SCI Greene
QD7323
169 Progress Drive
Waynesburg, PA 15370
Pro se Plaintiff